**RECEIVED**

JUL 1 2 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
☐ Eastern (Jackson)  DIVISION
☐ Western(Memphis) DIVISION

Plaintiff, Wendy Holley )
)
)
vs. )
Amazon Fulfillment )
Center )
)
Defendant. )

No. _____

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

4551 Jansey Lane
STREET ADDRESS

Shelby , TN 38125 , (901)270-4483
County    State    Zip Code    Telephone Number

4. Defendant(s) resides at, or its business is located at:

191 Norfolk Southern Way
STREET ADDRESS

Desoto , Byhalia , MS , 38611 .
County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5. The address at which I sought employment or was employed by the defendant(s) is:

191 Norfolk Southern Way Byhalia, MS 38611

STREET ADDRESS

Desoto , Byhalia , MS , 38611 .
County            City            State            Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☑ Termination of my employment

☑ Failure to promote

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☑ Retaliation

☐ Other acts*(specify)*: loss wages, Discrimination

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
February 11, 2022 .
Date(s)

8. I believe that the defendant(s) *(check one)*:

☐ is still committing these acts against me.

☑ is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

[ ·] Race_____

[✓] Color African American /Black_____

[ ] Gender/Sex_____

[ ] Religion_____

[ ] National Origin_____

[ ] Disability_____

[ ] Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

I began applying for management positions in 2020 (Sept). I was told to apply external. Amazon HR never reached out to me. I mistakenly applied for HR position from my personal email. Amazon HR department schedule two interviews with me by phone around Oct or Nov 2021 I received an email stating that the managers "were very impress with my skillset. A few

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

weeks later, I received an email from Amazon (HR) department wanting to schedule a third interview with me. I felt that was strange seeing that I already had two interviews, and I was told I was inclined, a white male who just got into one of the HR positio where I was employed, ask me if I was offered the position. I replied and told him that, Amazon HR department wanted to schedule a third interview by phone, The white male informed me that he only received one interview, and was offered a position as soon as he had finishe his first interview and he began training. About two weeks later, I notice that Amazon hired a second white male where I was employed. When I asked that white male how many time he received an interview, he replied "only one". My manager, who trained me for my interviews, Came up to me while I was on the floor working, and ask me if I heard anything from HR concern the position, I told him, I have not, He ask me how did the third interview go and I replied " the manager told me that I qualified seeing that I had a Bachelor degree in Human Resource management. He ttny as I continued to keep working, the manager told me

that he had something to tell me. I asked him what was it? The manager said "Amazon is not going to hire you". I asked him what did he mean by that? and he replied, "Amazon can only hire a certain percentage of black people in management (HR). and he told me that he could get me a job in management but it could not be at Amazon." I asked he if he was aware of what he was saying, because that's discriminatory and he replied "Amazon can only hire 10% blacks. I walked off and went to human resource, and the lady told me that what my manger said was indeed discrimination. The HR lady took my phone and showed me where to go on my Amazon AtoZ app to file a complaint. After filing a complaint I stop receiving emails from Amazon stating that I was still inquired for the position I applied and received interviews for. I was told by HR management, after being inquired that I would still receive the emails stating I was inquired for one year. On March 13th or 14th, I was working when I received a phone call from my son stating that my grandson (whom I have custody of) was throwing up. I presented Amazon documentation showing I have custody of

My grandson, was awarded to be on March 24, 2021, was beaten to death by his father, suffered a punctured lung, broken leg, blood forced trauma to the head, Two brain surgeries, feeding tube, malnourished (severely) and a shunt in his skull down to his collar bone. I had to use 2 hours of my PTO to rush him to the hospital because doctors told me that my grandson throwing up could mean a bleeding to the brain. The same day while at the hospital with my grandson, I uploaded documentation of my grandson's paperwork, I put in to be off. Although, I did not have much PTO, I requested UPT (unpaid time off) which allows me to be home to take care of my grandson without pay for 12 days, I was to return back to March 27th or 28th. I received an email stating that I needed to call ERC, which I did, I was informed that I would have to use (UPT) to be off to take care of my grandson, because I didn't qualify for FMLA. I began working for Amazon July 2020 and now it was 2022, I didn't understand why I was denied FMLA. I received an email on March 25, stating that I was fired. I received another email stating that I could appeal my termination, and when I went to Amazon A to Z app, I was blocked from the site, so I could not appeal my termination.

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:__3/15/.2022__

    Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

    ☑ 60 days or more have elapsed

    ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one):*

    ☐ has <u>not</u> issued a Right to Sue Letter.

    ☑ <u>has</u> issued a Right to Sue letter, which I **received** on__4/14/23__

    Date

***NOTE:*** *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

    ☑ Yes

    ☐ No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐      direct that the Defendant employ Plaintiff, or

☐      direct that Defendant re-employ Plaintiff, or

☐      direct that Defendant promote Plaintiff, or

☐      order other equitable or injunctive relief as follows:_____

_____

☑      direct that Defendant pay Plaintiff back pay in the amount of _100,00_ and interest on back pay;

☑      direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _loss wages, pain + suffering, discrimination, failure to promote and retaliation_

_Jonoughhue_____
SIGNATURE OF PLAINTIFF

Date: _7/12/2023_

_4551 Jorsey Lane_
Address

_Memphis, TX 38125_

_(901) 270-4483_
Phone Number

6