IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WENDY HOLLEY**             **PLAINTIFF**

v.             CIVIL ACTION NO. 3:23-CV-427-MPM-JAV

**AMAZON FULFILLMENT CENTER**             **DEFENDANT**

### ORDER

On March 21, 2025, defendant Amazon Fulfillment Center filed a motion for summary judgment in which it offered persuasive arguments that plaintiff's employment discrimination claims in this case lack merit and are due to be dismissed. The *pro se* plaintiff Wendy Holley has not responded in opposition to the motion, nor has she sought additional time to do so. This court has reviewed defendant's stated bases for summary judgment, and, finding them meritorious, concludes that its motion is well taken and should be granted.

It is therefore ordered that defendant's motion for summary judgment is granted.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

This, the 10th day of April, 2025.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI